UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
DONALD CALVIN,                      )
                                    )   No. C07-273RSL
               Plaintiff,           )
      v.                            )
                                    )   ORDER OF DISMISSAL
WHATCOM COUNTY, *et al.*,           )
                                    )
               Defendants.          )
_____)

On September 27, 2007, this Court issued an order directing plaintiff to serve defendants and file proof of service with the Court by October 31, 2007.  <u>See</u> Dkt. #9 (Order Vacating Order to Show Case and Order Directing Service).  Plaintiff was notified that failure to serve defendants and provide proof of service by October 31, 2007 would result in dismissal under Fed. R. Civ. P. 4(m).  <u>Id.</u> at 2.  Plaintiff has failed to file proof of service with the Court as required by the Court's September 27, 2007 Order.  The Court therefore DISMISSES this action against all defendants WITHOUT PREJUDICE.  The Clerk of Court is directed to enter judgment accordingly.

DATED this 6th day of November, 2007.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL