UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD CALVIN,

    Plaintiff,

    v.

WHATCOM COUNTY, *et al.*,

    Defendants.

Case No. C07-0273RSL

ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

This matter comes before the Court on plaintiff's motion for relief from judgment (Dkt. #25), which plaintiff signed on December 13, 2007 and then mailed to the Court. However, on December 10, 2007, the Court issued an order construing one of plaintiff's recent filings as a motion for relief from judgment, granted the motion, and vacated the judgment. Accordingly, plaintiff's current motion is DENIED as moot.

DATED this 28th day of December, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER