1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8    _____
                                            )
9    DONALD CALVIN,                          )
                                            )        No. C07-273RSL
10                          Plaintiff,       )
            v.                               )
11                                           )        ORDER DENYING MOTION FOR
     WHATCOM COUNTY, *et al.*,               )        WAIVER OF SERVICE OR ORDER
12                                           )        DIRECTING SERVICE
                            Defendants.      )
13   _____)

14

15          This matter comes before the Court on *pro se* plaintiff's "Motion to Permit Request of

16   Waiver of Service of Additional Defendants; *or*, for an Order Directing Service by United States

17   Marshal's Service, in the Alternative" (Dkt. #14).  For the reasons set forth below, the Court

18   denies plaintiff's motion

19          In his complaint, plaintiff identified five named defendants:  Whatcom County, David

20   McEachran, Royce Buckingham, Dale Brandland, and Wendy Jones. See Dkt. #5 (Complaint).

21   The five named defendants have answered plaintiff's complaint. See Dkt. #24. Plaintiff also

22   listed "Other Unknown Deputies, Jane/John Doe" as defendants. See id.  In his motion, plaintiff

23   now "moves the court to permit service upon four defendants, now known, but not named in the

24   complaint" either by waiver of service or through service by the U.S. Marshals. See Motion at

25   1.

26   ORDER DENYING MOTION FOR
     WAIVER OF SERVICE OR ORDER
     DIRECTING SERVICE

1    Since filing his complaint, plaintiff has identified four "doe defendants" and now moves

2    the Court for assistance in serving them.  See Motion at 3 n.4 ("These persons are three

3    Whatcom County Sheriff's Deputies:  T Furdyk, M. King, and Koch, and a Lynden City

4    Detective, Lee Beld.").  Plaintiff, however, has failed to move to amend[1] his complaint to add

5    the now-known individuals as defendants.  See, e.g., Brass v. County of Los Angeles, 328 F.3d

6    1192, 1197-98 (9th Cir. 2003) (affirming district court's refusal to substitute four doe defendants

7    because plaintiff had not attempted to request leave from the Court to add new parties or to file

8    an amended complaint); Schomaker v. United States, 2007 U.S. Dist. Lexis 85557, at *14 n.6

9    (D.N.H. Oct. 29, 2007) ("Once Schomaker identifies the individual property officers he wishes

10   to serve, he must properly move to amend his complaint to notify the Court of their names, and

11   request that those individuals be served with this action.").  Accordingly, plaintiff's motion (Dkt.

12   #14) is DENIED.

13
     DATED this 12th day of February, 2008.
14

15

16                                                MMr S Lasnik

17                                                Robert S. Lasnik
                                                  United States District Judge
18

19

20

21

22

23
_____

24      [1]  Because the named defendants have answered, under Fed. R. Civ. P. 15(a), plaintiff must file a
     motion for leave to amend his complaint.  Should plaintiff file a motion for leave to amend, he must also
25   file a copy of the proposed amended complaint with his motion for leave to amend.

26   ORDER DENYING MOTION FOR
     WAIVER OF SERVICE OR ORDER
     DIRECTING SERVICE                           -2-