# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONALD CALVIN,<br><br>        Plaintiff,<br><br>    v.<br><br>WHATCOM COUNTY, *et al.*,<br><br>        Defendants. | NO. C07-273RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On March 30, 2009, plaintiff filed a "Motion for Leave to Amend Complaint" in the above captioned case, but incorrectly noted the date on which the motion is to be considered. In that document, plaintiff also moves to continue the hearing on defendant's motion for summary judgment by a period of ninety days. The Clerk of Court is directed to renote plaintiff's motion (Dkt. #89) on the Court's calendar for Wednesday, April 8, 2009. See LR 7(d)(2) (motions for relief from a deadline and motions to amend pleadings "may be noted for consideration no earlier than seven judicial days after filing").

MINUTE ORDER

DATED this 31st day of March, 2009.

                                           s/ Kerry Simmonds
                                           _____
                                           Kerry Simonds, Deputy Clerk to
                                           the Honorable Robert S. Lasnik, Judge

MINUTE ORDER