UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD CALVIN,

    Plaintiff,

  v.

WHATCOM COUNTY, *et al.*,

    Defendants.

No. C07-273RSL

ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT

    This matter comes before the Court on plaintiff's "Motion for Brief Continuance of 'Deadline' Date for Submission of Amended Response to Motion for/and Hearing on Summary Judgment," Dkt. #98. Plaintiff contends that an important document central to his case was discovered on May 28, 2009, but the attorney whose help he requires to explain the document and prepare a statement about it is not available before June 8 or 9. Id. at 3. Plaintiff believes that "the Court will find this paper *very* helpful in determining who is telling the truth, and just what the circumstances were." Id. at 4 (emphasis in original). Defendants oppose plaintiff's motion. Dkt. #97.

    Assuming that this document is in fact central to plaintiff's case, and giving this *pro se* plaintiff every benefit of the doubt, the Court will continue defendants' motion for summary

ORDER CONTINUING MOTION FOR
SUMMARY JUDGMENT - 1

judgment for two weeks. Plaintiff's amended response must be filed with the Court **no later than Monday, June 15, 2009**, and defendants' amended reply, if any, is due **no later than the note date of Friday, June 19, 2009.** However, plaintiff should expect no further continuances in this case.

The Court therefore GRANTS plaintiff's motion for a brief continuance (Dkt. #98). The Clerk of the Court is directed to renote defendants' motion for summary judgment (Dkt. #31) for June 19, 2009.

DATED this 3rd day of June, 2009.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER CONTINUING MOTION FOR
SUMMARY JUDGMENT - 2